THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES M. LAHM, Appellant, v. SHERIFF OF THE COUNTY OF WESTCHESTER, Respondent.— Order dismissing writ of habeas corpus reversed upon the law and the facts, without costs, writ sustained, and relator discharged, upon the ground that the undisputed evidence shows that the relator was not in the demanding State at any period of time between the date specified in the indictment as the date of the commission of the offense and the time of the finding of the indictment. (*People ex rel. Gottschalk* v. *Brown*, 237 N. Y. 483, 488.) Moreover, there was no dispute that up to the period when relator left the demanding State he had complied with his parental obligation. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

RUTH H. READ, by HENRY R. READ, as Guardian ad Litem, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of directing the plaintiff to furnish, within five days from the entry of the order herein, the particulars sought in defendant's notice of motion except those specified in paragraphs 2, 3, 6, 7 and 8 of said notice of motion. If plaintiff is unable to give such particulars or any part thereof, she shall so state in her bill of particulars. In our opinion, the defendant is entitled to these particulars of plaintiff's claim. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

JACOB H. ROBERTS, Respondent, v. BROOKLYN ASH REMOVAL COMPANY, Respondent, and DAUNTLESS TOWING LINE, INC., Appellant.— Order denying motion of defendant Dauntless Towing Line, Inc., for judgment on the pleadings and for a dismissal of the cause of action set forth in the amended answer of defendant Brooklyn Ash Removal Company affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

FRANCESCA F. SCHAEFER, Respondent, v. WILLIAM N. RIDGE and METROPOLIS LAND COMPANY, Appellants.— Judgment as to defendant William N. Ridge reversed upon the law and the facts, without costs, and complaint dismissed as to him, with costs. Appeal from order denying motion to set aside the verdict and grant a new trial, in so far as it affects him, dismissed, without costs. Judgment and order, in so far as they affect Metropolis Land Company, unanimously affirmed, without costs. The plaintiff brought this action against the appellants, William N. Ridge and Metropolis Land Company, alleging in her complaint that Ridge was the agent of defendant Metropolis Land Company, duly authorized to act in the manner set forth in the complaint. The liability was that of the Metropolis Land Company, and not that of Ridge. There is no question here of an undisclosed principal. (*Cherrington* v. *Burchell*, 147 App. Div. 16.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

CHARLES SERGI, Appellant, v. MANHATTAN SAND Co., INC., Respondent.— Order dismissing complaint for lack of prosecution and judgment entered thereon reversed upon the law and the facts, without costs, and motion denied. Under the circumstances of this case we are of opinion that plaintiff should have his day in court. Lazansky, P. J., Young, Scudder and Davis, JJ., concur; Kapper, J., dissents and votes to affirm.